(88 South. 925)

LOWE v. CITIZENS' BANK. (6 Div. 776.) (Court of Appeals of Alabama. Dec. 7, 1920.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. K. C. Charlton, of Birmingham, for appellant. Frank S. White & Sons, of Birmingham, for appellee.

PER CURIAM. Affirmed on certificate.

---

(88 South. 925)

LUNSFORD v. CITY OF BIRMINGHAM. (6 Div. 765.) (Court of Appeals of Alabama. Dec. 7, 1920.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Fred G. Moore and Graham Perdue, both of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(92 South. 925)

McCALL v. CITY OF MOBILE. (1 Div. 436.) (Court of Appeals of Alabama. April 13, 1922.) ◄ Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Webb, McAlpine & Grove, of Mobile, for appellant. F. J. Yerger, of Mobile, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(92 South. 925)

McCALL v. STATE. (1 Div. 444.) (Court of Appeals of Alabama. April 18, 1922.) Appeal from Circuit Court, Mobile County; Claud A. Grayson, Judge. Webb, McAlpine & Grove, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error of record. Affirmed.

---

(92 South. 925)

McCURDY v. STATE. (8 Div. 886.) (Court of Appeals of Alabama. April 18, 1922.) Appealed from Circuit Court, Madison County; Robert C. Brickell, Judge. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

BRICKEN, P. J. There is no bill of exceptions in the record, and the time for filing same has expired. There is no error apparent of record. Affirmed.

---

(93 South. 926)

McDONALD v. FISHER. (6 Div. 1000.) (Court of Appeals of Alabama. June 20, 1922.) Appeal from Circuit Court, Winston County; T. L. Sowell, Judge. W. V. & C. E. Mayhall, of Haleyville, for appellant. Chester Tubb, of Haleyville, for appellee.

SAMFORD, J. Judgment was rendered in the circuit court April 1, 1920. Citation of appeal issued September 30, 1921. The record was not filed until December 30, 1921. There is no bill of exceptions, and no brief of counsel for appellant. The appeal is dismissed, on motion of appellee.

---

(90 South. 927)

McGOWAN v. STATE. (8 Div. 790.) (Court of Appeals of Alabama. May 31, 1921.)

Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

---

(88 South. 925)

McKENZIE v. STATE. (7 Div. 672.) (Court of Appeals of Alabama. Feb. 1, 1921.) Appeal from Circuit Court, Calhoun County; A. P. Agee, Judge. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of Attorney General.

---

(93 South. 926)

MALONE v. STATE. (6 Div. 992.) (Court of Appeals of Alabama. May 16, 1922.) Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Time for filing bill of exceptions has expired, and there is none in the record. No apparent error of record. Affirmed.

---

(89 South. 926)

MANNING v. STATE. (6 Div. 849.) (Court of Appeals of Alabama. May 20, 1921.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. F. D. McArthur, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed by appellant.

---

(92 South. 925)

MARIAN v. STATE. (8 Div. 929.) (Court of Appeals of Alabama. April 4, 1922.) Appeal from Morgan County Court; W. T. Lowe, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error of record. Affirmed.

---

(92 South. 925)

MARKS v. DAVIS, Director General. (8 Div. 878.) (Court of Appeals of Alabama. Feb. 2, 1922.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. A. H. Carmichael, of Tuscumbia, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(90 South. 927)

MARTIN v. BOOTH. (8 Div. 831.) (Court of Appeals of Alabama. May 31, 1921.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Griffin & Ford, of Huntsville, for appellee.

MERRITT, J. Affirmed on certificate.